NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BUNZL PROCESSOR DISTRIBUTION, LLC,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

AND

**BETTCHER INDUSTRIES, INC.,**
*Appellee.*

---

2012-1198
(Reexamination No. 95/001,130)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

Before NEWMAN, *Circuit Judge.*

### O R D E R

Bunzl Processor Distribution, LLC moves to stay this appeal pending proceedings in related district court

proceedings.    Bettcher Industries, Inc. opposes.    Bunzl replies.

The power of the Court to stay proceedings is incidental to its inherent power to control the disposition of the cases on its docket. *See Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936). Here, we cannot say Bunzl has shown that staying proceedings for such a lengthy period of time is warranted.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**MAY 2 4 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Alan H. Norman, Esq.
     Thomas H. Shunk, Esq.
     Raymond T. Chen, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 4 2012

JAN HORBALY
CLERK